# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Martin Mcghee, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00481-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Aetna Life Insurance Company Bank of America Short Term Disability Plan, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 28, 2014 Order.

October 29, 2014

Frank G. Johns, Clerk
United States District Court